Cliff Palefsky, Esq. (State Bar No. 77683)
Carolyn Leary (State Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff,
STEPHEN RACE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RACE,<br><br>    Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No. C 07-5475 JCS<br>e-filing<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

COMES NOW PLAINTIFF STEPHEN RACE, pursuant to the provisions of Fed.R.Civ.P.81(c) governing removed actions, and hereby demands a trial by jury herein.

DATED: November 5, 2007

McGUINN, HILLSMAN & PALEFSKY
Attorneys for Plaintiff

By: _____
Cliff Palefsky