GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
JAIME D. BYRNES, SBN 237991
jbyrnes@gibsondunn.com
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>　　　　　Defendant. | CASE NO. C07-5475 CW<br><br>**[PROPOSED] ORDER GRANTING MOTION TO CHANGE VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Date:　January 10, 2008<br>Time:　2:00 pm<br>Judge:　Hon. Claudia Wilken |

Gibson, Dunn &
Crutcher LLP

The motion of defendant Bally Technologies, Inc., for an order transferring this action to the United States District Court for the District of Nevada came on for hearing in the above-captioned court before District Judge Claudia Wilken. Having considered the papers filed and served herein and all arguments made by counsel, and for good cause shown, IT IS HEREBY ORDERED as follows:

Pursuant to 28 U.S.C. § 1404(a), in the interest of justice and for the convenience of the witnesses, Bally Technologies, Inc.'s Motion is **GRANTED**. This action will be transferred to the District of Nevada.

**IT IS SO ORDERED.**

Dated:_____

_____
United States District Judge Claudia Wilken