GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
JAIME D. BYRNES, SBN 237991
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN RACE,<br><br>                Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>                Defendant. | CASE NO. C 07 5475 CW<br><br>**PROOF OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**<br><br>[Superior Court in and for the County of San Mateo, Case No. CIV 466128] |

Gibson, Dunn &
Crutcher LLP

PROOF OF SERVICE

## PROOF OF SERVICE

I, Elizabeth Sperry, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, San Francisco, California, 94104, in said County and State. On the date indicated below, I served the within:

**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

by placing a true copy thereof in an envelope addressed to each of the persons named below at the address shown:

Cliff Palefsky
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
Tel: (415) 421-9292
Fax: (415) 403-0202
***Attorneys for STEPHEN RACE***

☒ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the date shown below. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY OVERNIGHT DELIVERY:** I placed a true copy in a sealed envelope addressed as indicated above, on the date shown below. I am familiar with Gibson, Dunn & Crutcher's practice in its above-described San Francisco office for the collection and processing of correspondence for distributing by Federal Express, UPS, and/or U.S. Postal Service Overnight Mail; pursuant to that practice, envelopes placed for collection at designated locations during designated hours are deposited at the respective office that same day in the ordinary course of business.

☐ **BY PERSONAL SERVICE :** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the date shown below; OR ☐ I personally served the document[s] by personally handing the sealed envelope[s] to each person[s] indicated above.

☐ **BY FACSIMILE:** From facsimile machine telephone number (415) 986-5309, on the date shown below, I caused to be served a full and complete copy of the above-referenced document[s] by facsimile transmission to the person[s] at the number[s] indicated.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Certificate of Service was executed by me on December 18, 2007, at San Francisco, California.

_____
Elizabeth Sperry

PROOF OF SERVICE
CASE NO. C 07-05475 CW

Gibson, Dunn & Crutcher LLP

100357531_1.DOC