Cliff Palefsky, Esq. (State Bar No. 77683)
Carolyn Leary (State Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff,
STEPHEN RACE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC., and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. C07-5475 CW<br>e-filing case<br><br>**DECLARATION OF STEPHEN RACE IN SUPPORT OF OPPOSITION TO MOTION TO CHANGE VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Hearing Date:　Jan. 10, 2008<br>Time:　　　　　2:00 p.m.<br>Judge:　　　　Hon. Claudia Wilken |

I, Stephen Race, declare as follows:

1.　The following facts are of my own personal knowledge, and if called as a witness I could and would competently testify as to their truth.

2.　I have been a resident of California for the last fifteen years. In 2005, I was living in Orinda, California and working in San Mateo County.

3. In May of 2005, I was contacted by Jac Andre. It is my understanding that Andre telephoned me from his office in New Jersey. In the course of our conversation, Andre offered me a position on Bally's Board of Directors. Andre also informed me that I would be entitled to an initial grant of fully vested options to purchase 50,000 shares of Bally common stock immediately upon my appointment to the Board of Directors, as well as an annual grant of fully vested options to purchase 30,000 shares of common stock. I accepted Andre's offer from my office in San Mateo County, California.

4. In late June 2005, I was elected to the Board, at which time I was granted the initial, fully vested option to purchase 50,000 shares.

5. Following the annual shareholders' meeting on March 6, 2006, I received my first additional annual grant of fully vested options. The grant was prorated.

6. My term on the Board ended in May 2007.

7. On May 4, 2007, Kevin Verner called me while I was traveling from California to Washington, D.C. and informed me that Bally would not issue any stock options to me as compensation for my prior fourteen months of service.

8. As part of my duties as a Director, I served on the Audit Committee. The vast majority of the Audit Committee meetings took place telephonically, and I participated from either my residence or my place of work in California.

9. During the time that I served as a Bally Director, Bally sold a large number of gaming devices and slot floor management software in the state of California. Bally also leased some of these machines to various businesses in California. Bally also had a number of contracts with residents of the state of California.

I have reviewed the foregoing declaration, and can confirm under penalty of perjury that the facts and opinions contained therein are true and correct, and

1  personally known to me, and that if I were called as a witness herein, I could
2  competently so testify under oath.
3     Executed on this 17 day of December, 2007 in the County of
4  Contra Costa, State of California.

*Stephen Race*
Stephen Race

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Plaintiff's Opposition to Defendant's Motion to Change Venue

3