1  Cliff Palefsky, Esq. (State Bar No. 77683)
   Carolyn Leary (State Bar No. 226845)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA  94133
4  Telephone:  (415) 421-9292

5  Attorneys for Plaintiff,
   STEPHEN RACE
6

7

8              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10

11

12 STEPHEN RACE,                )   Case No. C07-5475 CW
                                )   e-filing case
13               Plaintiff,     )
                                )   **[PROPOSED] ORDER DENYING**
14 v.                           )   **MOTION TO CHANGE VENUE TO**
                                )   **THE UNITED STATES DISTRICT**
15                              )   **COURT FOR THE DISTRICT OF**
   BALLY TECHNOLOGIES, INC., and)   **NEVADA PURSUANT TO 28 U.S.C. §**
16 DOES 1 through 10,           )   **1404(a)**
                                )
17               Defendants.    )
                                )   Hearing Date:   Jan. 10, 2008
18                              )   Time:           2:00 p.m.
                                )   Judge:   Hon. Claudia Wilken
19                              )
                                )
20                              )
                                )
21 _____)

22

23

24

25

26

27

28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Plaintiff's Opposition to Defendant's Motion to Change Venue                    1

The motion of defendant Bally Technologies, Inc., for an order transferring this action to the United States District Court for the District of Nevada came on for hearing in the above-captioned court before Honorable Claudia Wilken. Having considered the papers filed and served herein and all arguments made by counsel, and for good cause shown, IT IS HEREBY ORDERED as follows:

Pursuant to 28 U.S.C § 1404(a), in the interest of justice and for the convenience of the witnesses, Bally Technologies, Inc.'s Motion to Change Venue is **DENIED**.

**IT IS SO ORDERED**.

Dated: _____

_____
Claudia Wilken, Judge,
United States District Court

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Plaintiff's Opposition to Defendant's Motion to Change Venue         2