GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
JAIME D. BYRNES, SBN 237991
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Email: edettmer@gibsondunn.com

Attorneys for
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>            Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>            Defendant. | CASE NO. C07-5475 JCS<br><br>**DECLARATION OF MARK LERNER IN SUPPORT OF MOTION TO CHANGE VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA PURSUANT TO 28 U.S.C. § 1404(a)** |

I, Mark Lerner, declare as follows:

1. The following facts are of my own personal knowledge, and if called as a witness I could and would competently testify as to their truth. I submit this declaration in support of the motion of Bally Technologies, Inc. ("Bally") to change venue to Nevada.

2. I am and since August 2000 have been Senior Vice President for Law and Government, Secretary, and General Counsel of Bally.

3. Since August 2000, Bally has never been registered to do business in California, nor has it conducted business in California, although it has one subsidiary that is licensed to conduct and does conduct business in California.

4. Race served on the Board from June 2005 to May 2007. During his tenure on the Board, Race received an option grant for 50,000 shares with an exercise price of $14.02, and an additional grant for 20,000 shares with an exercise price of $14.92. Race exercised these options in September 2007 and sold the stock acquired, obtaining net proceeds of $1,356,300. In addition, he received $55,000 per year for serving on the Board and its audit committee. The current trading price of Bally stock is in excess of $50 per share.

5. Exhibit A is a true and correct copy of Bally Technologies, Inc.'s bylaws, which require that all directors be elected either by the shareholders or, in certain circumstances, by the board of directors. The bylaws do not allow for a director to be appointed by, for example, a single director or by the CEO.

I declare, under the penalty of perjury under the laws of the United States that these facts are true and correct and that this Declaration is executed this 26th day of December 2007 at Las Vegas, Nevada.

_____
Mark Lerner