**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

STEPHEN RACE,

    Plaintiff,

  v.

BALLY TECHNOLOGIES, INC.,

    Defendant.
_____/

No. C 07-05475 CW

<u>CLERK'S NOTICE
TAKING MOTION UNDER
SUBMISSION</u>

    Notice is hereby given that the Court, on its own motion, shall take Defendant's Motion to Change Venue to the U.S. District Court for the District of Nevada under submission on the papers. The hearing previously scheduled for January 10, 2008, is vacated.

Dated: 1/8/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk