Ethan D. Dettmer, SBN 196046
Jaime D. Byrnes, SBN 237991
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>　　　　　　Defendant. | CASE NO. C07-5475 CW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[N.D. Cal. Local Rule 3-16] |

　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: January 29, 2008

GIBSON, DUNN & CRUTCHER LLP
JAIME D. BYRNES

By: _/s/ Jaime D. Byrnes_
　　　Jaime D. Byrnes

Attorney of Record for Bally Technologies, Inc.