Cliff Palefsky, Esq. (State Bar No. 77683)
Carolyn Leary, Esq. (State Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff
STEPHEN RACE

Ethan D. Dettmer, SBN 196046
Jaime D. Byrnes, SBN 237991
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>            Plaintiff,<br><br>   v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>            Defendant. | CASE NO. C07-5475 CW<br><br>**JOINT REPORT OF EARLY DISCOVERY MEETING**<br><br>[Fed. R. Civ. P. 26(f)] |

Pursuant to Federal Rule of Civil Procedure 26(f), the parties jointly file the following discovery report:

1. The parties do not propose any changes in the timing or form of disclosures required by Rule 26(a). The parties will serve the required disclosures by February 5, 2008, and will thereafter serve copies of the appropriate relevant documents prior to the Case Management Conference.

2. The parties expect to complete discovery by July 2008. The parties do not believe that discovery needs to be conducted in phases or limited to certain issues. The parties expect that discovery will be needed primarily on issues relating to the compensation applicable to Plaintiff's service on the Bally Board of Directors.

3. The parties have agreed that, as a preliminary matter, hard copies of electronically stored information shall be provided in response to document requests. If this initial form of production is not adequate, the parties reserve the right to seek electronically stored information in other forms.

4. The parties do not see any need at this time to make changes to the limitations on discovery under the current rules. If any party feels that such a need has arisen in the future, the parties will meet and confer about this subject.

5. The parties do not believe any other orders are necessary at this time.

DATED: January 29, 2008

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY
CAROLYN LEARY

By: _____
         Cliff Palefsky

Attorneys for Stephen Race

Gibson, Dunn & Crutcher LLP

JOINT REPORT OF EARLY DISCOVERY MEETING                         CASE NO. C07-5475 CW

1

DATED: January 29, 2008

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
JAIME D. BYRNES

By: /s/ Jaime D. Byrnes
Jaime D. Byrnes

Attorneys for Bally Technologies, Inc.