Cliff Palefsky, Esq. (State Bar No. 77683)
Carolyn Leary (State Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Telephone: (415) 421-9292

Attorneys for Plaintiff,
STEPHEN RACE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE, | **Case No. C 07-5475 CW** |
| Plaintiff, | e-filing |
| v. | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| BALLY TECHNOLOGIES, INC., | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


DATED:      January 29, 2008                    McGUINN, HILLSMAN & PALEFSKY
                                                Attorneys for Plaintiff

                                                By: _____
                                                    Cliff Palefsky

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

Certification of Interested Entities or Parties                                    1