| | |
|---|---|
| 1 | Ethan D. Dettmer, SBN 196046 |
| 2 | Jaime D. Byrnes, SBN 237991 |
|   | GIBSON, DUNN & CRUTCHER LLP |
| 3 | One Montgomery Street |
|   | San Francisco, California 94104 |
| 4 | Telephone: (415) 393-8200 |
|   | Facsimile: (415) 986-5309 |
| 5 | |
| 6 | Attorneys for Defendant |
|   | BALLY TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE, | CASE NO. C07-5475 CW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF CASE MANAGEMENT CONFERENCE** |
| v. | |
| BALLY TECHNOLOGIES, INC., a Nevada Corporation, | Old Date: February 12, 2008<br>Time: 2:00 pm |
| Defendant. | New Date: February 26, 2008<br>Time: 2:00 pm |
| | Judge: Hon. Claudia Wilken<br>Location: Courtroom 2, 4th Floor |

1     WHEREAS on November 28, 2007, this Court scheduled a Case Management Conference for February 12, 2008;

3     WHEREAS on January 22, 2008, the parties filed their ADR Certifications;

4     WHEREAS on January 29, 2008, the parties filed their initial, joint Case Management Statement, Stipulation and Proposed Order Consenting to Mediation, and Report of Rule 26(f) Planning Conference;

7     WHEREAS counsel for Defendant is not available on February 12, 2008, due to a conflict caused by another matter;

9     WHEREAS the parties agree to continue the Case Management Conference to February 26, 2008;

11     WHEREAS the parties agree that the initial disclosures of each party will continue to be due on February 5, 2008, notwithstanding this rescheduling, in order to avoid any delay;

13     WHEREAS the parties agree that nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these matters;

//
//
//
//
//
//
//
//
//
//
//
//
//

1

Gibson, Dunn & Crutcher LLP

STIPULATION & PROPOSED ORDER RE: SCHEDULING OF CMC      CASE NO. C07-5475 CW

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

1. The Case Management Conference, currently set for February 12, at 2:00 pm, in Courtroom 2, shall be continued to February 26, at 2:00 pm.

2. Initial disclosures will continue to be due on February 5, 2008.

3. Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these or other matters.

DATED: February 4, 2008

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
JAIME D. BYRNES

By: /s/ Jaime D. Byrnes

Attorneys for Bally Technologies, Inc.

DATED: February 4, 2008

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY
CAROLYN LEARY

By: Cliff Palefsky

Attorneys for Stephen Race

IT IS SO ORDERED.

_____        DATE:_____
Honorable Claudia Wilken