Ethan D. Dettmer, SBN 196046
Jaime D. Byrnes, SBN 237991
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendant
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>            Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>            Defendant. | CASE NO. C07-5475 CW<br><br>**DECLARATION OF JAIME BYRNES IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF CASE MANAGEMENT CONFERENCE**<br><br>Old Date:    February 12, 2008<br>Time:         2:00 pm<br><br>New Date:   February 26, 2008<br>Time:         2:00 pm<br><br>Judge:       Hon. Claudia Wilken<br>Location:   Courtroom 2, 4th Floor |

I, Jaime Byrnes, declare as follows:

1. I am counsel of record for Defendant, Bally Technologies Inc.

2. On November 28, 2007, this Court scheduled a Case Management Conference for February 12, 2008. The parties have diligently complied with all resulting deadlines, including filing their ADR certifications on January 22, 2008, and their initial, joint Case Management Statement, Stipulation and Proposed Order Consenting to Mediation, and Report of Rule 26(f) Planning Conference on January 29, 2008.

3. I am unavailable to appear on February 12, 2008, due to a conflict caused by another matter.

4. I have explained the conflict to plaintiff's counsel, and the parties agree to continue the Case Management Conference. Plaintiff's counsel has a conflict for February 19, 2008; therefore, we request that the Case Management Conference be rescheduled for February 26, 2008.

5. In order to avoid any delay, the parties have agreed that initial disclosures will continue to be due on February 5, 2008, notwithstanding this rescheduling.

6. The parties further agreed that nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these matters.

Executed this 4th day of February, 2008, in San Francisco, California.

/s/ _____
Jaime D. Byrnes

Gibson, Dunn & Crutcher LLP

DECLARATION OF JAIME BYRNES ISO
STIPULATION & PROPOSED ORDER RE: SCHEDULING OF CMC                CASE NO. C07-5475 CW