1  Ethan D. Dettmer, SBN 196046
   Jaime D. Byrnes, SBN 237991
2  GIBSON, DUNN & CRUTCHER LLP
   One Montgomery Street
3  San Francisco, California 94104
4  Telephone: (415) 393-8200
   Facsimile: (415) 986-5309
5
6  Attorneys for Defendant
   BALLY TECHNOLOGIES, INC.
7

8
                UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      OAKLAND DIVISION
10

11

12 STEPHEN RACE,                    CASE NO. C07-5475 CW

13           Plaintiff,              STIPULATION AND [PROPOSED]
                                     ORDER RE SCHEDULING OF CASE
14     v.                            MANAGEMENT CONFERENCE  AS MODIFIED

15 BALLY TECHNOLOGIES, INC.,         Old Date:  February 12, 2008
   a Nevada Corporation,             Time:      2:00 pm
16
             Defendant.              New Date:  February 26, 2008
17                                   Time:      2:00 pm

18                                   Judge:     Hon. Claudia Wilken
                                     Location:  Courtroom 2, 4th Floor
19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION & PROPOSED ORDER RE: SCHEDULING OF CMC          CASE NO. C07-5475 CW

1  WHEREAS on November 28, 2007, this Court scheduled a Case Management Conference for

2 February 12, 2008;

3  WHEREAS on January 22, 2008, the parties filed their ADR Certifications;

4  WHEREAS on January 29, 2008, the parties filed their initial, joint Case Management

5 Statement, Stipulation and Proposed Order Consenting to Mediation, and Report of Rule 26(f)

6 Planning Conference;

7  WHEREAS counsel for Defendant is not available on February 12, 2008, due to a conflict

8 caused by another matter;

9  WHEREAS the parties agree to continue the Case Management Conference to February 26,

10 2008;

11  WHEREAS the parties agree that the initial disclosures of each party will continue to be due

12 on February 5, 2008, notwithstanding this rescheduling, in order to avoid any delay;

13  WHEREAS the parties agree that nothing in this agreement shall be construed to prejudice or

14 limit any party's rights to make or oppose any application or motion with respect to coordination or

15 future scheduling of these matters;

16 //

17 //

18 //

19 //

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

1. The Case Management Conference, currently set for February 12, at 2:00 pm, in Courtroom 2, shall be continued to February 26, at 2:00 pm.

2. Initial disclosures will continue to be due on February 5, 2008.

3. Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these or other matters.

DATED: February 4, 2008

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
JAIME D. BYRNES

By: *Jaime D. Byrnes* /sh
Jaime D. Byrnes

Attorneys for Bally Technologies, Inc.

DATED: February 4, 2008

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY
CAROLYN LEARY

By: *Cliff Palefsky*
Cliff Palefsky

Attorneys for Stephen Race

IT IS SO ORDERED, **EXCEPT THE CASE MANAGEMENT CONFERENCE IS CONTINUED TO MARCH 4, 2008, AT 2:00 P.M.**

DATE: 2/8/08

_____
Honorable Claudia Wilken