1  Cliff Palefsky, Esq. (SBN 77683)
   Carolyn Leary, Esq. (SBN 226845)
2  McGUINN, HILLSMAN & PALEFSKY
   535 Pacific Avenue
3  San Francisco, CA 94133
   Tel:  415-421-9292
4  Fax:  415-403-0202

5
   Attorneys for Plaintiff
6  STEPHEN RACE

7
                    UNITED STATES DISTRICT COURT
8
              FOR THE NORTHERN DIVISION OF CALIFORNIA
9
                          OAKLAND DIVISION
10

11
12  STEPHEN RACE,                )  Case No. C07-5475 CW
                                 )
13            Plaintiff,          )  **STIPULATION AND [PROPOSED]**
                                 )  **ORDER RESCHEDULING CASE**
14  v.                           )  **MANAGEMENT CONFERENCE**
                                 )
15                               )
    BALLY TECHNOLOGIES, INC., a   )  Current Date:  March 4, 2008
16  Nevada Corporation,           )  Time:          2:00 pm
                                 )
17            Defendant.          )  New Date:      March 11, 2008
                                 )  Time:          2:00 pm
18  _____

19                                  Judge:    Hon. Claudia Wilken
                                    Location: Courtroom 2, 4th Floor
20

21       WHEREAS on February 8, 2008, the Honorable Claudia Wilken scheduled a Case
22
    Management Conference for March 4, 2008;
23
         WHEREAS counsel for Plaintiff will be out of town on March 4, 2008 due to a pre-
24
25  existing conflict;

26       WHEREAS the parties agree to continue the Case Management Conference to
27
    March 11, 2008.
28

STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
1

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

The Case Management Conference, currently set for March 4, 2008 at 2:00 p.m. in Courtroom 2 shall be continued to March 11, 2008 at 2:00 p.m.

Dated: February 14, 2008

McGUINN, HILLSMAN & PALEFSKY
Cliff Palefsky
Carolyn Leary

By: _____/S/_____

Attorneys for Stephen Race

Dated: February 14, 2008

GIBSON, DUNN & CRUTCHER, LLP
Ethan D. Dettmer
Jaime D. Byrnes

By: _____/S/_____

Attorneys for Bally Technologies, Inc.

IT IS SO ORDERED.

_____
The Honorable Claudia Wilken

Date: _____