# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Race,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Bally Technologies, Inc.,<br><br>            Defendant(s). | 07-05475 CW MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

> **Debra L. Mellinkoff**
> Mellinkoff Mediation
> 1001 Bridgeway
> Suite 203
> Sausalito, CA 94965
> 415-289-0300

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05475 CW MED                               - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 19, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-05475 CW MED                                    - 2 -