Cliff Palefsky, Esq. (SBN 77683)
Carolyn Leary, Esq. (SBN 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
Tel:  415-421-9292
Fax: 415-403-0202

Attorneys for Plaintiff
STEPHEN RACE

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DIVISION OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>         Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC., a<br>Nevada Corporation,<br><br>         Defendant. | Case No. C07-5475 CW<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER RESCHEDULING CASE**<br>**MANAGEMENT CONFERENCE**<br><br>Current Date:   March 4, 2008<br>Time:           2:00 pm<br><br>New Date:       March 11, 2008<br>Time:           2:00 pm<br><br>Judge:     Hon. Claudia Wilken<br>Location:  Courtroom 2, 4th Floor |

WHEREAS on February 8, 2008, the Honorable Claudia Wilken scheduled a Case Management Conference for March 4, 2008;

WHEREAS counsel for Plaintiff will be out of town on March 4, 2008 due to a pre-existing conflict;

WHEREAS the parties agree to continue the Case Management Conference to March 11, 2008.

---
STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE
1

1  IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

2  The Case Management Conference, currently set for March 4, 2008 at 2:00 p.m. in

3  Courtroom 2 shall be continued to March 11, 2008 at 2:00 p.m.

Dated: February 14, 2008

McGUINN, HILLSMAN & PALEFSKY
Cliff Palefsky
Carolyn Leary

By: _____/S/_____

Attorneys for Stephen Race

Dated: February 14, 2008

GIBSON, DUNN & CRUTCHER, LLP
Ethan D. Dettmer
Jaime D. Byrnes

By: _____/S/_____

Attorneys for Bally Technologies, Inc.

IT IS SO ORDERED.

3/3/08
_____
The Honorable Claudia Wilken

Date: [signature: Claudia Wilken]