GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
JAIME D. BYRNES, SBN 237991
jbyrnes@gibsondunn.com
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>                Plaintiff,<br><br>   v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>                Defendant. | CASE NO. C07-5475 CW<br><br>**NOTICE REGARDING MAGISTRATE JUDGE ELECTION** |

Pursuant to the Court's request at the March 11, 2008 case management conference in this matter, the parties have conferred regarding whether they could agree on one or more magistrate judges to whom this case could be assigned for all purposes. As of today's date, the parties have not reached agreement regarding such assignment. Nevertheless, the parties continue to discuss this matter, and will promptly inform the Court if they are able to reach agreement.

                                Respectfully submitted,

DATED: March 18, 2008            GIBSON, DUNN & CRUTCHER LLP


                                By:                                      .
                                        Ethan D. Dettmer

                              Attorneys for Bally Technologies, Inc.

100411223_1.DOC