ETHAN D. DETTMER, SBN 196046
EDettmer@gibsondunn.com
JAIME D. BYRNES, SBN 237991
JByrnes@gibsondunn.com
KEVIN CLUNE, SBN 248681
KClune@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
San Francisco, California 94104
Telephone:  (415) 393-8200
Facsimile:  (415) 986-5309

Attorneys for Defendant
BALLY TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>                    Plaintiff,<br><br>        v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>                    Defendant. | CASE NO. C07-5475 CW<br><br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE** |

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition.

Dated: April 18, 2008

By: _____/s/  Kevin Clune_____
                    Kevin Clune

Counsel for Defendant Bally Technologies, Inc.

1

# DECLARATION OF SERVICE

2

I, Gaylen Stirton, declare as follows:

3

4

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, 31st Floor, San Francisco, California 94104, in said County and State.  On April 18, 2008, I served the within:

5

6

**DEFENDANT BALLY TECHNOLOGIES, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

7

8

to all interested parties as follows:

9



**BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on April 18, 2008.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

10

11

12

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on April 18, 2008, at San Francisco, California.

13

14

15

16

_____/s:/ Gaylen Stirton_____
Gaylen Stirton

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE; CASE NO. C07-5475 CW