```
                                                FILED
                                                JUN 2 5 2008

                                                RICHARD W. WIEKING
                                                CLERK, U.S. DISTRICT COURT
                                                NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Race,<br><br>            Plaintiff(s),<br><br>      v.<br><br>Bally Technologies, Inc.,<br><br>            Defendant(s). | No. C 07-05475 CW MED<br><br>**Certification of ADR Session** |

*Instructions*: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) __6/13/08__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) __6/25/08__

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☐ YES    ☒ NO

Dated: __6/22/08__                    _[signature]_
                                       Mediator Debra L. Mellinkoff
                                       Mellinkoff Mediation
                                       100 Bridgeway
                                       Suite 203
                                       Sausalito, CA 94965

**Certification of ADR Session**
07-05475 CW MED