1  ETHAN D. DETTMER, SBN 196046
   edettmer@gibsondunn.com
2  JAIME D. BYRNES, SBN 237991
   jbyrnes@gibsondunn.com
3  KEVIN CLUNE, SBN 248681
   kclune@gibsondunn.com
4  GIBSON, DUNN & CRUTCHER LLP
   One Montgomery Street
5  San Francisco, California 94104
6  Telephone: (415) 393-8200
   Facsimile: (415) 986-5309
7

8  Attorneys for
   BALLY TECHNOLOGIES, INC.
9

10                UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
12

13

14  STEPHEN RACE,                    CASE NO. C07-5475 CW

15              Plaintiff,           **STIPULATION AND [PROPOSED]
                                     ORDER CHANGING TIME, BY STAYING
16       v.                          DISCOVERY AND EXTENDING
                                     DISCOVERY CUTOFF**
17  BALLY TECHNOLOGIES, INC.,
    a Nevada Corporation,
18
                Defendant.
19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION CHANGING TIME FOR DISCOVERY                      CASE NO. C07-5475 CW

1    WHEREAS the court ordered the parties to participate in mediation before Debra Melinkoff;

2    WHEREAS all parties participated in a court-ordered mediation session on Friday, June 13,
3    2008;

4    WHEREAS the mediator and parties agreed after completing the half day mediation session
5    that supplemental disclosures and informal briefing between the parties on certain key issues could
6    facilitate settlement;

7    WHEREAS the parties believe that spending additional resources on discovery at this time
8    could hinder the possibility of settlement;

9    WHEREAS the discovery cutoff set by the court's March 20, 2008 scheduling order is July 1,
10   2008;

11   WHEREAS the parties propose to stay discovery until July 25, 2008, and change the
12   discovery cutoff to August 15, 2008, to permit supplemental negotiations and potentially additional
13   mediation; and

14   WHEREAS nothing in this agreement shall be construed to prejudice or limit any party's
15   rights to make or oppose any application or motion in the future with respect to coordination or future
16   scheduling of these or other matters.

17   //
18   //
19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   //

1

Gibson, Dunn & Crutcher LLP

STIPULATION CHANGING TIME FOR DISCOVERY                            CASE NO. C07-5475 CW

//

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

1. Fact discovery shall be stayed until July 25, 2008;

2. The new fact discovery cutoff shall be August 15, 2008; and

3. Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion in the future with respect to coordination or future scheduling of these or other matters.

DATED: June 26, 2008

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
JAIME D. BYRNES
KEVIN CLUNE

By: /s/ Jaime D. Byrnes
        Jaime D. Byrnes

Attorneys for Bally Technologies, Inc.

DATED: June 26, 2008

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY
CAROLYN LEARY

By: /s/ Cliff Palefsky

Attorneys for Stephen Race

IT IS SO ORDERED.

_____        DATE:_____
Honorable Claudia Wilken

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, 31st Floor, San Francisco, California 94104, in said County and State. On June 26, 2008, I served the within:

**STIPULATION & [PROPOSED] ORDER CHANGING TIME, BY STAYING DISCOVERY AND EXTENDING DISCOVERY CUTOFF; DECLARATION OF JAIME D. BYRNES IN SUPPORT THEREOF**

to all interested parties as follows:

☑ **BY ECF (ELECTRONIC CASE FILING):** I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on June 26, 2008. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on June 26, 2008, at San Francisco, California.

                                                      /s:/ Robin McBain
                                                      Robin McBain

Gibson, Dunn & Crutcher LLP

CASE NO. C07-5475 CW