ETHAN D. DETTMER, SBN 196046
edettmer@gibsondunn.com
JAIME D. BYRNES, SBN 237991
jbyrnes@gibsondunn.com
KEVIN CLUNE, SBN 248681
kclune@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN RACE,<br><br>        Plaintiff,<br><br>v.<br><br>BALLY TECHNOLOGIES, INC.,<br>a Nevada Corporation,<br><br>        Defendant. | CASE NO. C07-5475 CW<br><br>**DECLARATION OF JAIME BYRNES IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER CHANGING TIME, BY STAYING DISCOVERY AND EXTENDING DISCOVERY CUTOFF** |

I, Jaime Byrnes, declare as follows:

1. I am counsel of record for Defendant, Bally Technologies Inc.

2. On March 20, 2008, following the initial Case Management Conference in this case, this court ordered the parties to participate in mediation and further set the fact discovery cutoff for July 1, 2008.

3. On July 13, 2008, the parties participated in a court-ordered mediation session before Debra Melinkoff.

4. At the mediator's suggestion, the parties agreed after completing the half day mediation session that supplemental disclosures between the parties on certain key issues could facilitate settlement.

5. The parties further agreed that spending additional resources on discovery at this time could hinder the possibility of settlement.

6. The parties agreed that rather than use their resources upon completing discovery at this time, they would prefer to focus on potential settlement of the case.

7. The parties then agreed to stay discovery until July 25, 2008, and change the discovery cutoff to August 15, 2008, to permit supplemental negotiations and potentially additional mediation.

8. The parties further agreed that nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these matters.

9. The only prior request for a time modification in this case occurred by a stipulation, and subsequent court order, moving the date of the initial Case Management Conference to March 11, 2008.

10. As the parties explained at the initial CMC held in March 2008, they have no desire to delay resolution of this matter and, in furtherance of that goal, agreed to a February 2009 trial date.

11. The parties have discussed the impact of staying fact discovery, and postponing the discovery cutoff to August 15, 2008, and do not believe that any other dates set by the

1

court in the March 20, 2008 order will need to be postponed as a result. To the contrary, the parties remain committed to the schedule for dispositive motions ordered by this court in its scheduling order.

Executed this 25th day of June, 2008, in San Francisco, California.

                                        /s/
                                  Jaime D. Byrnes