1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11

| STEPHEN RACE, | CASE NO. C07-5475 CW |
| Plaintiff, | **STIPULATION AND ORDER CHANGING TIME, BY STAYING DISCOVERY AND EXTENDING DISCOVERY CUTOFF** |
| v. | |
| BALLY TECHNOLOGIES, INC., a Nevada Corporation, | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**STIPULATION CHANGING TIME FOR DISCOVERY**                    CASE NO. C07-5475 CW

1  WHEREAS the court ordered the parties to participate in mediation before Debra Melinkoff;

2  WHEREAS all parties participated in a court-ordered mediation session on Friday, June 13,
3  2008;

4  WHEREAS the mediator and parties agreed after completing the half day mediation session
5  that supplemental disclosures and informal briefing between the parties on certain key issues could
6  facilitate settlement;

7  WHEREAS the parties believe that spending additional resources on discovery at this time
8  could hinder the possibility of settlement;

9  WHEREAS the discovery cutoff set by the court's March 20, 2008 scheduling order is July 1,
10  2008;

11  WHEREAS the parties propose to stay discovery until July 25, 2008, and change the
12  discovery cutoff to August 15, 2008, to permit supplemental negotiations and potentially additional
13  mediation; and

14  WHEREAS nothing in this agreement shall be construed to prejudice or limit any party's
15  rights to make or oppose any application or motion in the future with respect to coordination or future
16  scheduling of these or other matters.

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1  IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

2      1.    Fact discovery shall be stayed until July 25, 2008;

3      2.    The new fact discovery cutoff shall be August 15, 2008; and

4      3.    Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion in the future with respect to coordination or future scheduling of these or other matters.

DATED: June 25, 2008

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
JAIME D. BYRNES
KEVIN CLUNE

By:_____.
        Jaime D. Byrnes

Attorneys for Bally Technologies, Inc.

DATED: June 25, 2008

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY
CAROLYN LEARY

By:_____.
        Cliff Palefsky

Attorneys for Stephen Race

IT IS SO ORDERED.

_____  DATE: 7/1/08
Honorable Claudia Wilken