1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Cliff Palefsky, Esq. (Bar No. 77683)
Carolyn Leary, Esq.  (Bar No. 226845)
McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA  94133
Telephone:  (415) 421-9292

Attorneys for Plaintiff
STEPHEN RACE

Ethan D. Dettmer, Esq. (Bar No. 110613)
Jaime D. Byrnes, Esq. (Bar No. 179838)
Kevin Clune, Esq. (Bar No. 248681)
GIBSON DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
Telephone:    (415) 393-8200

Attorneys for Defendant
BALLY TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| STEPHEN RACE, | CASE NO. C07-5475 CW |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER RE SCHEDULING JURY TRIAL** |
| v. | Old Date:    February 2-3, 2009 |
| BALLY TECHNOLOGIES, INC., a Nevada Corporation, | New Date:   March 2-3, 2009 |
| Defendant. | Judge:      Hon. Claudia Wilken<br>Location:   Courtroom 2, 4th Floor |

1    WHEREAS this Court ordered a two-day jury trial commencing at 8:30 a.m. on February 2,

2    2009;

3    WHEREAS Plaintiff's counsel has a trial in San Francisco Superior Court in the case *J.*

4    *Daniel Plants v. ThinkEquity Partners LLC, et al.*, Case No. CGC-07-467247, which is scheduled to

5    begin on January 26, 2009 and which appears unlikely to settle;

6    WHEREAS Plaintiff's counsel has an administrative hearing before the U.S. Department of

7    Labor, Office of Administrative Law Judges, in the case *Matthew Gloss v. Marvell Technologies*

8    *Group, Ltd.*, Case No. 9-3290-07-067, which is scheduled to begin on February 2, 2009;

9    WHEREAS the key defense witness will be traveling out of the country around the time of

10   the trial, and needs certainty as to the trial date;

11   WHEREAS the parties continue to engage in mediation facilitated by Deborah Melinkoff and

12   believe that the clarity provided by the Court's Order Denying Summary Judgment will prove

13   beneficial to this process;

14   WHEREAS the parties, witnesses and their counsel are all available for trial on March 2-3,

15   2009;

16   WHEREAS key defense witnesses are unavailable from March 18, 2009 through April 15,

17   2009;

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1  IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

2     1.     The jury trial, currently set for February 2, 2009 at 8:30 am, in Courtroom 2, shall be

3  continued to March 2, 2009 at 8:30 am, or the soonest available date thereafter upon which the court

4  is available.

5     2.     The pre-trial conference shall be set for February 20, 2009, at 2:00 p.m., and all other

6  pending dates for disclosures and filings shall be adjusted in accordance.

7     3.     Nothing in this agreement shall be construed to prejudice or limit any party's rights to

8  make or oppose any application or motion with respect to coordination or future scheduling of these

9  or other matters.

10

11  DATED:  December 11, 2008          GIBSON, DUNN & CRUTCHER LLP
12                                     ETHAN D. DETTMER
                                       JAIME D. BYRNES
13

14                                     By:_____/s/ Jaime D. Byrnes_____.
15                                              Jaime D. Byrnes

16                                     Attorneys for Bally Technologies, Inc.

17

18  DATED:  December 11, 2008          McGUINN, HILLSMAN & PALEFSKY
19                                     CLIFF PALEFSKY
                                       CAROLYN LEARY
20

21                                     By:_____/s/ Cliff Palefsky_____.
22                                              Cliff Palefsky

23                                     Attorneys for Stephen Race

24

25  IT IS SO ORDERED.

26                                                          12/17/08
27  _____   DATE:_____
    Honorable Claudia Wilken
28

Gibson, Dunn &
Crutcher LLP

STIPULATION & PROPOSED ORDER RE: SCHEDULING OF JURY TRIAL          CASE NO. C07-5475 CW