1   Cliff Palefsky, Esq. (Bar No. 77683)
2   Carolyn Leary, Esq.  (Bar No. 226845)
    McGUINN, HILLSMAN & PALEFSKY
3   535 Pacific Avenue
    San Francisco, CA  94133
4   Telephone:  (415) 421-9292

5   Attorneys for Plaintiff
6   STEPHEN RACE

7   Ethan D. Dettmer, Esq. (Bar No. 110613)
    Jaime D. Byrnes, Esq. (Bar No. 179838)
8   Kevin Clune, Esq. (Bar No. 248681)
    GIBSON DUNN & CRUTCHER LLP
9   555 Mission Street, Suite 3000
    San Francisco, CA  94105-2933
10  Telephone:     (415) 393-8200

11  Attorneys for Defendant
12  BALLY TECHNOLOGIES, INC.

13

14

15              UNITED STATES DISTRICT COURT
16       FOR THE NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION
17

18  STEPHEN RACE,                    CASE NO. C07-5475 CW
19                                     **AMENDED**
                     Plaintiff,     **STIPULATION AND ORDER RE**
20                                  **SCHEDULING JURY TRIAL**

21         v.                       Old Date:   February 2-3, 2009

22  BALLY TECHNOLOGIES, INC.,       New Date:   March 2-3, 2009
    a Nevada Corporation,
23                                  Judge:      Hon. Claudia Wilken
                     Defendant.     Location:   Courtroom 2, 4th Floor
24

25

26

27

28

STIPULATION & PROPOSED ORDER RE: SCHEDULING JURY TRIAL          CASE NO. C07-5475 CW

1    WHEREAS this Court ordered a two-day jury trial commencing at 8:30 a.m. on February 2,

2    2009;

3    WHEREAS Plaintiff's counsel has a trial in San Francisco Superior Court in the case *J.*

4    *Daniel Plants v. ThinkEquity Partners LLC, et al.*, Case No. CGC-07-467247, which is scheduled to

5    begin on January 26, 2009 and which appears unlikely to settle;

6    WHEREAS Plaintiff's counsel has an administrative hearing before the U.S. Department of

7    Labor, Office of Administrative Law Judges, in the case *Matthew Gloss v. Marvell Technologies*

8    *Group, Ltd.*, Case No. 9-3290-07-067, which is scheduled to begin on February 2, 2009;

9    WHEREAS the key defense witness will be traveling out of the country around the time of

10   the trial, and needs certainty as to the trial date;

11   WHEREAS the parties continue to engage in mediation facilitated by Deborah Melinkoff and

12   believe that the clarity provided by the Court's Order Denying Summary Judgment will prove

13   beneficial to this process;

14   WHEREAS the parties, witnesses and their counsel are all available for trial on March 2-3,

15   2009;

16   WHEREAS key defense witnesses are unavailable from March 18, 2009 through April 15,

17   2009;

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

1. The jury trial, currently set for February 2, 2009 at 8:30 am, in Courtroom 2, shall be continued to March 2, 2009 at 8:30 am, or the soonest available date thereafter upon which the court is available.

**10**

2. The pre-trial conference shall be set for February ~~20~~, 2009, at 2:00 p.m., and all other pending dates for disclosures and filings shall be adjusted in accordance.

3. Nothing in this agreement shall be construed to prejudice or limit any party's rights to make or oppose any application or motion with respect to coordination or future scheduling of these or other matters.


DATED:  December 11, 2008

GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
JAIME D. BYRNES


By:                   /s/ Jaime D. Byrnes                .
                       Jaime D. Byrnes

Attorneys for Bally Technologies, Inc.


DATED:  December 11, 2008

McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY
CAROLYN LEARY


By:             /s/ Cliff Palefsky                .
                       Cliff Palefsky

Attorneys for Stephen Race


IT IS SO ORDERED.

_____          12/17/08
Honorable Claudia Wilken                          DATE:_____

2