1  Ethan D. Dettmer, SBN 196046
   Jaime D. Byrnes, SBN 237991
2  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
3  San Francisco, California 94105
   Telephone:  (415) 393-8200
4  Facsimile:  (415) 393-8306
5
   Attorneys for Defendant
6  BALLY TECHNOLOGIES, INC.
7
8
                    UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
                        OAKLAND DIVISION
10
11

12  STEPHEN RACE,                        CASE NO. C07-5475 CW

13                 Plaintiff,            **STIPULATION AND ORDER RE
                                         SCHEDULING OF PRE-TRIAL
14       v.                              CONFERENCE SUBMISSIONS**

15  BALLY TECHNOLOGIES, INC.,            Trial Date:   March 2-3, 2009
    a Nevada Corporation,
16                                       Judge:        Hon. Claudia Wilken
                   Defendant.            Location:     Courtroom 2, 4th Floor
17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION & PROPOSED ORDER RE: SCHEDULING OF PRE-TRIAL CONFERENCE SUBMISSIONS
CASE NO. C07-5475 CW

1   WHEREAS this Court ordered a two-day jury trial of this case, commencing at 8:30 a.m. on

2   March 2, 2009, subject to availability given the scheduling of another trial with higher priority for the

3   same day;

4   WHEREAS the parties thereafter participated in numerous in-person and telephonic

5   mediation sessions with Deborah Melinkoff;

6   WHEREAS the parties' last session on January 20, 2009 culminated in a mediator's proposal;

7   WHEREAS the parties require time to consider and for Bally to obtain approval from the

8   Board of Directors to enter into the settlement;

9   WHEREAS the mediator contacted this court on January 21, 2009 indicating that she believed

10   that it would serve the interests of settlement to permit the parties to conserve the resources required

11   to prepare the pre-trial conference submissions and instead focus their resources upon settlement;

12   WHEREAS counsel for the parties expect that they will be able to prepare and file the pre-

13   trial submissions by February 3, 2009, if the parties are unable to reach settlement;

14   //

15   //

16   //

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25   //

26   //

27   //

28   //

1

STIPULATION & PROPOSED ORDER RE: SCHEDULING OF PRE-TRIAL CONFERENCE SUBMISSIONS
CASE NO. C07-5475 CW

1    IT IS THEREFORE STIPULATED AND AGREED AMONG THE PARTIES AS FOLLOWS:

2        1. The pre-trial conference will continue to be set for February 17, 2009, or the first day after

3    that the court is available.

4        2. The pre-trial conference submissions will be due on February 3, 2009, instead of January

5    27, 2009.

6        3. Nothing in this agreement shall be construed to prejudice or limit any party's rights to

7    make or oppose any application or motion with respect to coordination or future scheduling of these

8    or other matters.

9

10   DATED:  January 22, 2009                      GIBSON, DUNN & CRUTCHER LLP

11                                                 ETHAN D. DETTMER
                                                   JAIME D. BYRNES
12

13                                                 By:_____.
14                                                         Jaime D. Byrnes

15                                                 Attorneys for Bally Technologies, Inc.

16

17

18   DATED:  January 22, 2009                      McGUINN, HILLSMAN & PALEFSKY

19                                                 CLIFF PALEFSKY
                                                   CAROLYN LEARY
20

21                                                 By:_____.
22                                                         Cliff Palefsky

23                                                 Attorneys for Stephen Race

24   IT IS SO ORDERED.

25                                                             1/26/09
26   _____       DATE:_____

27   Honorable Claudia Wilken

28

Gibson, Dunn &
Crutcher LLP

                                            2
STIPULATION & PROPOSED ORDER RE: SCHEDULING OF PRE-TRIAL CONFERENCE SUBMISSIONS
                            CASE NO. C07-5475 CW