1  Cliff Palefsky, Esq. (Bar No. 77683)
   McGUINN, HILLSMAN & PALEFSKY
2  535 Pacific Avenue
   San Francisco, CA 94133
3  Telephone: (415) 421-9292
4
   Attorneys for Plaintiff
5  STEPHEN RACE
6
7  Ethan D. Dettmer, Esq. (Bar No. 110613)
   Jaime D. Byrnes, Esq. (Bar No. 179838)
8  Kevin Clune, Esq. (Bar No. 248681)
   GIBSON DUNN & CRUTCHER LLP
9  555 Mission Street, Suite 3000
   San Francisco, CA 94105-2933
10 Telephone:    (415) 393-8200
11
   Attorneys for Defendant
12 BALLY TECHNOLOGIES, INC.
13
14
15                  UNITED STATES DISTRICT COURT
16             FOR THE NORTHERN DISTRICT OF CALIFORNIA
17                        OAKLAND DIVISION
18
19 STEPHEN RACE,                  )
                                  )  Case No. C 07-5475 CW
20                                )
              Plaintiff,          )  **STIPULATION AND ORDER FOR**
21                                )  **DISMISSAL WITH PREJUDICE**
22 v.                             )
                                  )
23 BALLY TECHNOLOGIES, INC., a Nevada )
   Corporation,                   )
24                                )
                                  )
25            Defendant.          )
                                  )
26 _____)
27
28

McGUINN, HILLSMAN
& PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C 07-5475 CW

1

IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: December 11, 2008  McGUINN, HILLSMAN & PALEFSKY
CLIFF PALEFSKY

By: _____/s/ Cliff Palefsky_____
Cliff Palefsky
Attorneys for Stephen Race

DATED: December 11, 2008  GIBSON, DUNN & CRUTCHER LLP
ETHAN D. DETTMER
JAIME D. BYRNES

By: _____/s/ Jaime D. Byrnes_____
Jaime D. Byrnes
Attorneys for Bally Technologies, Inc.

IT IS SO ORDERED.

_____
Honorable Claudia Wilken

DATE: 2/25/09

McGUINN, HILLSMAN & PALEFSKY
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C 07-5475 CW

2